UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-cv-56-RGJ

*Electronically Filed*

DIANNE SMITH                                                                                   PLAINTIFF

v.

SCOTT HERNDON, Spencer County Sheriff
In his Individual and Official Capacities, et al.                                               DEFENDANTS

## NOTICE OF REMOVAL

Come the Defendants, Spencer County Sheriff's Office, Scott Herndon, in his individual and official capacity, and Cody Fulkerson, in his individual and official capacity, by counsel, and for their Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Louisville, states as follows:

1. Defendants, the Spencer County Sheriff's Office, Spencer County Sheriff Scott Herndon, and Deputy Sheriff Cody Fulkerson are named Defendants in a lawsuit filed by Plaintiff, Dianne Smith, on December 30, 2021, in the Spencer Circuit Court, Spencer County, Kentucky, and designated by the Spencer County Circuit Clerk as Civil Action No. 21-CI-00186. Defendants were served on January 4, 2022.

2. This action is a proposed civil class action wherein Plaintiff seeks to recover money seized by the Spencer County Sheriff's Office.

3. This action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441, insomuch as:

   a. In her Complaint, Plaintiff, Dianne Smith, asserts claims for violation of her

constitutional rights in contravention of 42 U.S.C. § 1983 and § 1988, as well as 28 U.S.C. § 2201 and § 2202 claims for which the United States District Courts are bestowed original jurisdiction pursuant to the statutes cited herein; and

      b. Related state law claims for, *inter alia*, violation of KRS 500.090, *et seq.*, a claim for which the United States District Courts possess supplemental jurisdiction.

    4. Attached hereto is a true and accurate copy of the Complaint served on Defendants, Spencer County Sheriff's Office, Spencer County Sheriff Scott Herndon and Deputy Sheriff Cody Fulkerson, in the referenced Spencer Circuit Court action, as well as an Agreed Order dismissing the Commonwealth of Kentucky from this action. The Complaint and the Agreed Order constitute all pleadings filed and served in this action.

    5. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action, and the time for filing this Notice under the statutes of the United States has not expired.

    6. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, the Spencer County Sheriff's Office, Spencer County Sheriff Scott Herndon and Spencer County Deputy Sheriff Cody Fulkerson, notifies the Court of its removal of this action from the Spencer Circuit Court, Spencer County, Kentucky.

Respectfully submitted,

/s/ Carol S. Petitt
Carol S. Petitt
Matthew J. Kinney
VAUGHN PETITT LEGAL GROUP, PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
cpetitt@vplegalgroup.com
mkinney@vplegalgroup.com
COUNSEL FOR DEFENDANT, SPENCER COUNTY SHERIFF'S OFFICE, SHERIFF SCOTT HERNDON AND DEPUTY SHERIFF CODY FULKERSON

## CERTIFICATE

It is hereby certified that a copy of the foregoing was this 2nd day of February, 2022 electronically filed with the clerk of the court by using the CM/ECF.

Richard J. Head
616 South Fifth Street
Louisville, Kentucky 40202
(502) 584-4323
richardjhead@gmail.com
COUNSEL FOR PLAINTIFF

Daniel Cameron, Attorney General
Heather Becker, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
COUNSEL FOR DEFENDANTS,
THE COMMONWEALTH OF KENTUCKY

/s/ Carol S. Petitt
VAUGHN PETITT LEGAL GROUP, PLLC