UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
ACTION NO: 3:22-CV-56-RGJ

DIANNE SMITH                                                                                    PLAINTIFF

vs.

SPENCER COUNTY SHERIFF'S OFFICE, et.al.                              DEFENDANTS

## AGREED ORDER OF DISMISSAL

The parties, by counsel, having agreed to a settlement of all claims which were or might have been alleged in this action by Plaintiff, Dianne Smith, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims in the above-styled action, Case No. 3:23-CV-56-RGJ, are DISMISSED, with prejudice. Each party will bear its own fees and costs. This is a final Order, there being no just reason for delay.

SO ORDERED, this _____ day of _____, 2023

May 19, 2023

Rebecca Grady Jennings, District Judge
United States District Court

HAVE SEEN AND AGREED TO:

/s/ _____
Richard J. Head
616 South Fifth Street
Louisville, Kentucky 40202
(502) 584-4323
richardjhead@gmail.com
COUNSEL FOR PLAINTIFF

/s/ Carol S. Petitt
Carol Schureck Petitt
David P. Bowles
VAUGHN PETITT LEGAL GROUP PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
cpetitt@vplegalgroup.com
dbowles@vplegalgroup.com
COUNSEL FOR COUNTY DEFENDANTS